STATE v. THOMAS WHITMIRE et als.

*Practice—Appeal—Affirmation of Judgment for Lack of Assignment of Error.*

Where, in an appeal, there is neither statement of case, assignment of error nor any error apparent in the record, the judgment below will be affirmed.

The defendants were indicted for larceny and tried at Spring Term, 1893, of TRANSYLVANIA Superior Court, before *Graves, J.,* and appealed from the judgment pronounced upon a verdict of guilty.

*The Attorney General,* for the State.
No counsel *contra.*

PER CURIAM: There is no statement of the case on appeal, nor any assignment of error set out in the record, nor does any error appear in the record. The judgment must therefore be                                    Affirmed.